# UNITED STATES DISTRICT COURT
for the
District of Maryland

| | |
|---|---|
| United States of America<br>v.<br><br>ADOLFO NIMROD HERNANDEZ RAMOS<br><br>*Defendant(s)* | )<br>)<br>)  Case No.  1:25-mj-02052-DRM<br>)<br>)<br>)<br>) |

✓ FILED   ___ ENTERED
___ LOGGED   ___ RECEIVED

2:46 pm, Aug 20 2025
AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____DG_____ Deputy

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __June 6, 2025__ in the county of __Baltimore__ in the _____ District of __Maryland__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S. Code § 111 | Assaulting, resisting, or impeding certain officers |

This criminal complaint is based on these facts:

See the attached affidavit.

☑ Continued on the attached sheet.

*Jeffrey J. Nugent*
Complainant's signature

Jeffrey J. Nugent, Special Agent, DHS
Printed name and title

Sworn to before me and signed in my presence.

Date: August 14, 2025

*[signature]*
Judge's signature

City and state: Baltimore, Maryland      Honorable Douglas R. Miller, US Magistrate Judge
Printed name and title