GAAC: USAO# 2025R00430

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | CRIMINAL NO. ELH-25-285 |
| | * | |
| ADOLFO NIMROD HERNANDEZ-RAMOS | * | (Assaulting, Resisting, Opposing, Impeding, Interfering with Federal Officers, 18 U.S.C. § 111) |
| | * | |
| Defendant | * | |

*******

### INFORMATION

### COUNT ONE
**(Assault)**

The United States Attorney for the District of Maryland charges that:

On or about June 6, 2025, in the District of Maryland, the defendant,

**ADOLFO NIMROD HERNANDEZ-RAMOS**,

did forcibly assault, resist, oppose, impede, intimidate, and interfere with persons designated in 18 U.S.C. § 1114, to wit: federal officers who were members of the Department of Homeland Security, who were engaged in, and on account of, the performance of their official duties.

18 U.S.C. § 111

Date:  September 23, 2025

_____
Kelly O. Hayes
United States Attorney

USDC- BALTIMORE
'25 SEP 25 PM 3:17